## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| KENNETH WHITE, | : | No. 67 WM 2021 |
| Petitioner | : | |
| v. | : | |
| MICHAEL D. OVERMEYER, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of January, 2022, the "Petition for Extraordinary Relief under King[']s Bench Authority" is DENIED.